**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**PRETRIAL CONFERENCE MINUTES**

| | |
|---|---|
| GEOSYS-INTL, Inc., | COURT MINUTES - CIVIL |
| | BEFORE: JEFFREY J. KEYES |
| Plaintiff, | U.S. Magistrate Judge |
| v. | Case No:    15cv543 (PJS/JJK) |
| | Date:    June 10, 2015 |
| Farmers Edge Precision | Location:  Courtroom 6A |
| Consulting, Inc., | Time Commenced:  2:00 p.m. |
| | Time Concluded:    2:30 p.m. |
| Defendant. | Total Time:    30 Minutes |

**PROCEEDINGS:**

Pretrial scheduling conference held.  Pretrial Scheduling Order to be issued.

Date:  June 10, 2015

*s/ Wendi Tilden*_____
Wendi Tilden
Judicial Assistant